IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ERMA VIOLA** | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **MERZONEY, LLC** | : | NO. 20-1727 |

## O R D E R

**AND NOW,** this 27th day of July 2020, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to the agreement of counsel without costs.

                                                      Kate Barkman
                                                      Clerk of Court

                                        By:     s/ Joseph Walton
                                                      *Deputy Clerk*



**KEVIN I. LOVITZ**                                                    WWW.LOVITZLAW.COM

One Liberty Place
1650 Market Street
36th Floor
Philadelphia, PA 19103

P 215.735.1996
F 267.319.7943
E Kevin@LovitzLaw.com

July 27, 2020

***VIA ELECTRONIC MAIL AND FACSIMILE***
Email: chambers_of_judge_anita_b_brody@paed.uscourts.gov
Fax No.: 215-580-2356
The Honorable Anita B. Brody
United States District Court
For The Eastern District of Pennsylvania
U.S. Courthouse, Room 7613, Courtroom 7-B
601 Market Street
Philadelphia, PA 19106-1765

      **RE:**   *Erma Viola v. Merzoney, LLC*
               **Civil Action No.: 2:20-cv-01727-AB**

Dear Judge Brody:

Please be advised that the above-referenced matter has settled between the parties. Kindly issue an Order pursuant to Local Rule of Civil Procedure 41.1(b) dismissing this action pursuant to the agreement of the parties.

Thank you.

                                                 Respectfully,

                                                 KEVIN I. LOVITZ

KIL/epm
cc:   William F. Thomson, Jr., Esq.
      (via electronic mail only at wthomson2@comcast.net)